IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02165–EWN–PAC

PHILIPS MEDICAL CAPITAL, LLC, a
Delaware limited liability company,

    Plaintiff,

v.

BRIGHT HORIZON IV, LLC, a Colorado
limited liability company, GREELEY X-
RAY GROUP, P.C., a Colorado professional
corporation, BRIGHT HORIZON, LLC, a
Colorado limited liability company,
GARETH ROBERTS, an individual;
MARJORIE WIEDEMAN, an individual;
DAVID MCNAUL, an individual; WILLIS
CHUNG, an individual; CHRISTINE
ESOLA, an individual; and GEORGE
SCHULTZ, an individual,,

    Defendant.

**ORDER**

THIS MATTER is before the Court on Plaintiff's and Defendants' Stipulated Motion for Dismissal with Prejudice. The Court having reviewed the same and being fully advised in the premises,

HEREBY ORDERS that this matter be DISMISSED WITH PREJUDICE, each party to bear its own attorney fees and costs.

Dated this 21st day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge